```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
JEFFERY WERNER,                                              :
                                                             :
                              Plaintiff,                     :    19-CV-10094 (DLC)
                                                             :
              -against-                                      :    ORDER
                                                             :
COMPLEX MEDIA, INC., d/b/a                                   :
https://www.complex.com/; and DOES 1                         :
through 10 inclusive,                                        :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

In light of Judge Cote's Memorandum Opinion and Order, ECF 32, terminating Plaintiff's counsel, the parties' March 25, 2020 telephonic settlement conference is adjourned *sine die*. Parties shall submit a status letter on April 6, 2020. Defendant is directed to mail a copy of this Order and ECF 32 to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: March 24, 2020  
      New York, New York

           *s/ Ona T. Wang*  
           **Ona T. Wang**  
           United States Magistrate Judge