```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
JEFFERY WERNER,                           :
                                          :
                         Plaintiff,       :    19cv10094 (DLC)
            -v-                           :
                                          :         ORDER
COMPLEX MEDIA, INC., d/b/a                :
https://www.complex.com; and DOES 1       :
through 10 inclusive,                     :
                                          :
                         Defendants.      :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

    On April 24, 2020, defendant Complex Media, Inc. filed a motion for judgment on the pleadings pursuant to Rule 12(c), Fed. R. Civ. P., or, in the alternative, for summary judgment pursuant to Rules 12(d) and 56, Fed. R. Civ. P.  Accordingly, it is hereby

    ORDERED that any opposition is due **May 15, 2020**.  Any reply is due **May 29.**

Dated:    New York, New York
           April 27, 2020

                                         /s/ Denise Cote
                                        DENISE COTE
                          United States District Judge